**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CALVIN MCKINNEY, | : | Civil No. 3:26-cv-1789 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT RIVELLO, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW,** this 24th day of September, 2026, upon consideration of Petitioner's motion (Doc. 14) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 14) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge